UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MEIHUA GROUP INTERNATIONAL TRADING (HONG KONG), LIMITED and XINJIANG MEIHUA AMINO ACID CO., LTD.,<br><br>      **Plaintiffs,**<br><br>and<br><br>DEOSEN BIOCHEMICAL (ORDOS), LTD., DEOSEN BIOCHEMICAL, LTD., and JIANLONG BIOTECHNOLOGY COMPANY, LTD.,<br><br>      **Consolidated Plaintiffs,**<br><br>v.<br><br>UNITED STATES,<br><br>      **Defendant.** | Before:  Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 22-00069 |

### AMENDED SCHEDULING ORDER

The Court is changing one of the dates in the scheduling order as indicated below. Accordingly, it is hereby,

**ORDERED** that this case shall proceed according to the following schedule:

1. Commerce shall file its remand determination on or before May 22, 2024;

2. Commerce shall file the administrative record on or before June 5, 2024;

3. Comments in opposition to the remand determination shall be filed on or before June 24, 2024;

4. Comments in support of the remand determination shall be filed on or before July 24, 2024; and

5.  The joint appendix was originally scheduled to be filed on or before August 2, 2024.

   The joint appendix shall now be filed on or before July 26, 2024.

                                                /s/ Jennifer Choe-Groves
                                                Jennifer Choe-Groves, Judge

Dated:   April 22, 2014
        New York, New York